**KRAEMER, BURNS, MYTELKA, LOVELL & KULKA, P.A.**

COUNSELORS AT LAW

675 MORRIS AVENUE

SPRINGFIELD, NEW JERSEY 07081

TELEPHONE: 973 912-8700

FACSIMILE: 973 912-8602

WEBSITE: WWW.KRAEMERBURNS.COM

JOHN A. AVERY
DOUGLAS E. BURNS
ELEONORE KESSLER COHEN
WAYNE D. GREENFEDER
WALDRON KRAEMER
ELLEN B. KULKA
JOAN A. LOVELL
ROBERT S. MARCUS
ARNOLD K. MYTELKA
PATRICIA E. ROSENBERG
DIANE STOLBACH
SCOTT B. STOLBACH

OF COUNSEL
MICHAEL S. BURNS
JAMES SHERMAN

DANIEL G. KASEN
(1905-1990)

October 19, 2009

Hon. Jose L. Linares
United States District Court
M.L. King Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, New Jersey 07102

      RE:    Everett Laboratories, Inc. v. River's Edge Pharmaceuticals, LLC
               Case No. 09-cv-03458

Dear Judge Linares:

    We represent Defendant River's Edge Pharmaceuticals, LLC. The Court scheduled oral argument in this matter on Plaintiff's application for a preliminary injunction based on its patent claims for Friday October 23, 2009 at 12:00 p.m.

    The purpose of this letter is to obtain the Court's guidance on the use of electronic demonstrative aids at the hearing in the form of a power point presentation and/or the use of blow ups of Exhibits. We submit the following questions: (1) whether the Court will permit a power point presentation; (2) whether the courtroom is equipped with a projector, screen and or ELMO for that purpose; (3) whether counsel can have access to the courtroom in advance of 12:00 p.m. argument to set up its equipment and confirm it is working properly.

    Based on the advice of Your Honor's law clerk, I am submitting this letter electronically and thereby serving all counsel of record with a copy and with notice.

                                           Respectfully submitted,

                                           Diane Stolbach

DS:brh
cc:    All counsel