**KRAEMER, BURNS, MYTELKA, LOVELL & KULKA, P.A.**

COUNSELORS AT LAW

675 MORRIS AVENUE

SPRINGFIELD, NEW JERSEY 07081

TELEPHONE: 973 912-8700

FACSIMILE: 973 912-8602

WEBSITE: WWW.KRAEMERBURNS.COM

JOHN A. AVERY
DOUGLAS E. BURNS
ELEONORE KESSLER COHEN
WAYNE D. GREENFEDER
WALDRON KRAEMER
ELLEN B. KULKA
JOAN A. LOVELL
ROBERT S. MARCUS
ARNOLD K. MYTELKA
PATRICIA E. ROSENBERG
DIANE STOLBACH
SCOTT B. STOLBACH

OF COUNSEL
MICHAEL S. BURNS
PAUL J. McGEOUGH
JAMES SHERMAN

DANIEL G. KASEN
(1905-1990)

November 16, 2009

**Via electronic filing**
Hon. Claire C. Cecchi
United States District Court
M.L. King Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, New Jersey 07102

   RE: Everett Laboratories, Inc. v. River's Edge Pharmaceuticals, LLC
      Case No. 09-cv-03458

Dear Judge Cecchi:

  We represent Defendant River's Edge Pharmaceuticals, LLC ("River's Edge).

  Please find attached hereto letter of Robert G. Brazier, Esq., lead counsel for Defendant, concerning a Discovery Confidentiality Order and an Order for a brief extension of time for both parties to respond to written discovery.

             Respectfully submitted,

             *Diane Stolbach*

             DIANE STOLBACH

DS:brh
enc.
cc: All counsel via electronic filing