

**RIKER
DANZIG
SCHERER
HYLAND
PERRETTI**LLP

ATTORNEYS AT LAW

**Robert J. Schoenberg**
Partner

<u>Direct:</u>
tel: 973.451.8511
fax: 973.451.8604
rschoenberg@riker.com
Reply to: Morristown

March 19, 2010

*Via Facsimile and CM/ECF*

Hon. Claire C. Cecchi, U.S.M.J.
United States District Court
M.L. King, Jr. Federal Courthouse
50 Walnut Street, Rm. 2064
Newark, NJ 07102

> Re: **Everett Laboratories, Inc. v. Rivers Edge Pharmaceuticals, LLC
> Civil Action No. 09-3458 (JLL) (CCC)**

Dear Judge Cecchi:

    This letter concerns an unresolved discovery dispute between plaintiff Everett Laboratories, Inc. ("Everett") and defendant River's Edge Pharmaceuticals, LLC ("River's Edge" or "Defendant") relating to the refusal of River's Edge to produce any discovery concerning its dealings with Breckenridge Pharmaceutical, Inc., and in response to various other categories of information and documents requested by Everett. A summary of this dispute was presented to the Court in Everett's letters, dated February 12, 2010 and March 5, 2010 (Doc. Nos. 101 and 104), and Defendant's February 10, 2010 letter (Doc. No. 100).

    Resolution of this long-standing issue will materially advance the round of party and non-party depositions scheduled for the first and second week of April 2010. For this reason, Everett respectfully requests that Your Honor schedule a conference call next week, other than on Thursday, March 25, to provide guidance to the parties so that the requested discovery materials may be reviewed in advance of the depositions.

    Thank you for your consideration of this matter.

Respectfully,

Robert J. Schoenberg

RJS/cm
cc: Counsel of record
(via CM/ECF)

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578
500 Fifth Avenue, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628
London Affiliate: 33 Cornhill, London EC3V 3ND, England • t: +44 (0) 20.7877.3270 f: +44 (0) 20.7877.3271
www.riker.com